

# COURT OF APPEALS

### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-15-00050-CV

MACK & SNAK, LLC, ELENI
MOSHTAGHI, AND MELINDA
MENDOZA

APPELLANTS

V.

STEVE MOSHER D/B/A MOSHER
CONSTRUCTION COMPANY

APPELLEE

-----------

### FROM THE 89TH DISTRICT COURT OF WICHITA COUNTY
### TRIAL COURT NO. 180,607-C

-----------

## MEMORANDUM OPINION[1] AND JUDGMENT

-----------

On February 19, 2015, and March 11, 2015, we notified appellants in
accordance with rule of appellate procedure 42.3(c) that we would dismiss this

---

[1]*See* Tex. R. App. P. 47.4.

appeal unless the $195 filing fee was paid. *See* Tex. R. App. P. 42.3(c). Appellants have not paid the $195 filing fee. *See* Tex. R. App. P. 5, 12.1(b).

Because appellants failed to comply with a requirement of the rules of appellate procedure and the Texas Supreme Court's order of August 16, 2013,[2] we dismiss the appeal. *See* Tex. R. App. P. 42.3(c), 43.2(f).

Appellants shall pay all costs of this appeal, for which let execution issue. *See* Tex. R. App. P. 43.4.

PER CURIAM

PANEL: MEIER, GABRIEL, and SUDDERTH, JJ.

DELIVERED: April 2, 2015

---

[2]*See* Supreme Court of Tex., *Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-district Litigation*, Misc. Docket No. 13-9127 (Aug. 16, 2013) (listing fees in courts of appeals).